COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-266-CV

 

IN RE BRANDI RAE RORABAW                                                  RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and motion for emergency relief and is of the
opinion that relief should be denied. 
Accordingly, relator=s
petition for writ of mandamus and motion for emergency relief are denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL: 
MEIER, GARDNER, and WALKER, JJ.

 

DELIVERED: 
August 11, 2009











     [1]
See Tex. R. App. P. 47.4.